UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00078-AN |
| v. | INFORMATION |
| DONALD LEROY SMITH, JR., | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**(Influencing Federal Official by Threat)**
**(18 U.S.C. § 115(a)(1)(B))**

On or about November 12, 2025, in the District of Oregon, defendant **DONALD LEROY SMITH, JR.**, did threaten to murder a United States Senator (Senator-1) with intent to intimidate Senator-1 on account of Senator-1's performance of official duties, that is, defendant **DONALD LEROY SMITH, JR.** left a voicemail for Senator-1 stating that he was "coming to kill you," that "you need to be dead," and that he was going to "put a bullet in your head."

///

///

///

///

**Information**                                                             **Page 1**

In violation of Title 18, United States Code, Section 115(a)(1)(B).

Dated: March 19, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ William M. Narus*
WILLIAM M. NARUS, CASB #243633
First Assistant United States Attorney

*/s/ James A. Kilcup*
JAMES A. KILCUP, OSB #173891
Assistant United States Attorney