AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
| v. | ) | |
| | ) | |
| DONALD LEROY SMITH, JR. | ) | Case No. 3:26-cr-00078-AN |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☑ Information  ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition  ☐ Violation Notice    ☐ Order of Court

| Place: | Mark O. Hatfield U.S. Courthouse 1000 SW Third Avenue Portland, OR 97204 | Courtroom No.:  9B |
| | | Date and Time:   03/19/2026 1:30 pm |

This offense is briefly described as follows:
Influencing Federal Official by Threat - 18 U.S.C. § 115(a)(1)(B)

***Immediately upon receipt of this document, you are to contact the U.S. Pretrial Services Office at (503) 326-8500 for an appointment.***

MELISSA AUBIN, Clerk of Court

Date: 03/19/2026

By: s/A. Morrissey, Deputy Clerk

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   3/19/26

_____
Server's signature

Special Agent Kara Fischer
Printed name and title